**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                Telephone 212-349-0230

**By ECF**

April 29, 2022

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

>  APPLICATION GRANTED
>  SO ORDERED:
>  _____
>  Vincent L. Briccetti, U.S.D.J.
>  Dated: 4/29/22
>  White Plains, NY

       Re:    <u>U.S. v. Steven Maurice</u>
               22 Cr. 48 (VB)

Dear Judge Briccetti:

    This letter is respectfully submitted to request that the defense be permitted to file our motion on Monday, May 2, 2022 instead of today. I make this request due to some unforeseen obligations in another matter. All other filing will dates will remain as per Your Honor's Order of April 8, 2022. This request is made with the consent Assistant United States Attorney Derek Wilkstrom.

                                       Respectfully submitted,

                                       /s/Andrew Patel
                                       Andrew G. Patel

cc:    Derek Wilkstrom
        Assistant United States Attorney (by ECF and email)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4/29/22