**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                  Telephone 212-349-0230

**By Email and ECF**

May 31, 2022

Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **U.S. v. Steven Maurice**
      22 Cr. 48 (VB)

Dear Judge Briccetti:

    This letter is respectfully submitted to request that the conference on this matter be adjourned to July 5, 2022 at 10:00 am. I have been advised that this would be convenient date and time for Your Honor.

    On behalf of Mr. Maurice, I consent to the exclusion of time for speedy trial purposes.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc:   Derek Wilkstrom
      Assistant United States Attorney (by email)

---

**APPLICATION GRANTED**
**SO ORDERED:**
/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 5/31/22
White Plains, NY

Next conference adjourned to 7/5/2022 at 10:00 a.m. Time excluded under Speedy Trial Act until then.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/22