UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,         :
                                  :
v.                                :     **ORDER**
                                  :
STEVEN MAURICE,                   :     22 CR 48 (VB)
          Defendant.              :
--------------------------------------------------------------x

      For the reasons stated on the record at today's conference, defendant's motion in limine (Doc. #39) and motion to dismiss (Doc. #47) are DENIED.

      The Clerk is instructed to terminate all open motions. (Docs. ##39, 41).

Dated: July 14, 2022
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge