**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/7/26

Telephone 212-349-0230

**By ECF**

May 6, 2026

> APPLICATION GRANTED
> Mr. Patel is re-appointed as defendant's attorney
> pursuant to the Criminal Justice Act, <u>nunc pro tunc</u>
> to May 5, 2026.
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J. 5/7/2026

Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    United States v. Steven Maurice
       22 Cr. 48 (VB)

Dear Judge Briccetti:

This letter is respectfully submitted to request that I be reappointed to represent Mr. Maurice nunc pro tunc to May 5, 2026.

Respectfully submitted,


      /s/Andrew Patel
      Andrew G. Patel