UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____*USA*_____,
                        Plaintiff(s),

v.

_____Steven Maurice_____,
                        Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/13/26_

**CALENDAR NOTICE**

_22  cr  48_ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ re-scheduled for:

_√.O.S.R._

_x_ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on _5\28\_, 20_26_, at _1:30 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _5/28/26 at 2:30 PM_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _5/13/_, 20_26_
          White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge